IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. __19-cr-40068__ |
| v. | ) | |
| | ) | VIO: Title 18, United States Code, |
| BETINA M. OLSON-LOX, | ) | Section 1701 |
| | ) | |
| Defendant. | ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
(Knowing and Willful Obstruction of the Passage and Conveyance of Mail)

On or about July 8, 2019, in Henderson County, in the Central District of Illinois, the defendant,

**BETINA M. OLSON-LOX,**

an employee of the United States Postal Service, knowingly and willfully obstructed the passage of the mail, in that defendant OLSON-LOX discarded deliverable mail from the United States Post Office, located in Gladstone, Illinois.

All in violation of Title 18, United States Code, Section 1701.

JOHN C. MILHISER
UNITED STATES ATTORNEY

By: s/Jennifer L. Mathew
JENNIFER L. MATHEW
ASSISTANT U.S. ATTORNEY
1830 Second Avenue, Suite 250
Rock Island, Illinois 61201
Telephone: (309) 793-5884